|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TOM FINDLEY, ET AL., | Case No. EDCV 16-677-DMG (KK) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.

On June 28, 2018, Plaintiff Kimberly Blowney filed Objections to the Report and Recommendation attaching various unauthenticated exhibits. Dkt. 190. Plaintiff Tom Findley is identified in the Objections as "Dead." Id. at 1, 7. On July 9, 2018, Plaintiff Blowney filed an Addendum to her Objections. Dkt. 195. On July 23, 2018, Defendant filed a Response to Plaintiff Blowney's Objections. Dkt. 197.

The Court has engaged in de novo review of those portions of the Report to which Plaintiff Blowney has objected. The Court finds (1) the Objections fail to address the Court's recommendation granting Defendants' Motion to Terminating

Sanctions; and (2) the exhibits attached to the Objections do not support Plaintiffs' Opposition to summary judgment because they are (a) either untimely or duplicative of Plaintiffs' submissions in support of their Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible lay opinion, and (c) fail to establish causation even if considered on the merits.  Therefore, the Court accepts the findings and recommendation of the Magistrate Judge as to Plaintiff Blowney.

Plaintiff Findley appears to have died before having an opportunity to file objections to the Report and Recommendation.  Dkt. 190.  Hence, while the Court accepts the findings and recommendation of the Magistrate Judge as to Plaintiff Findley, the Court finds his claims should be dismissed without prejudice.

IT IS THEREFORE ORDERED that (1) Defendant's Motions for Terminating Sanctions are GRANTED; (2) Defendant's Motion for Summary Judgment is GRANTED; and (3) Judgment shall be entered dismissing this action with prejudice as to Plaintiff Blowney's claims and without prejudice as to Plaintiff Findley's claims.

Dated: September 28, 2018

HONORABLE DOLLY M. GEE
United States District Judge