# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FINDLEY, ET AL., <br> Plaintiff(s), <br> v. <br> PACIFIC GAS AND ELECTRIC COMPANY, ET AL., <br> Defendant(s). | Case No. EDCV 16-677-DMG (KK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff Kimberly Blowney's claims and without prejudice as to Plaintiff Tom Findley's claims.

Dated: September 28, 2018

HONORABLE DOLLY M. GEE
United States District Judge